UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------  x
STEPHEN HUDSON, on behalf of himself                               :
and all others similarly situated,                                 :
                                                                   :   Case No. 1:24-cv-04364-JGLC
              Plaintiff,                                           :
                                                                   :   **ORDER OF**
v.                                                                 :   **REMAND TO STATE COURT**
                                                                   :
ALLSTATE VEHICLE AND PROPERTY                                      :
INSURANCE COMPANY,                                                 :
                                                                   :
              Defendant.                                           :
-----------------------------------------------------------------  x
```

THIS MATTER being opened to the Court by Defendant, Allstate Vehicle and Property Insurance Company ("Defendant"), by its counsel, with the consent of Plaintiff Stephen Hudson. ("Plaintiff") and it appearing to the Court that the parties have agreed to the entry of this order and for good cause shown,

IT IS on this __20__ day of ___June___, 2024,

ORDERED that aforementioned action be remanded to the Supreme Court of the State of New York, County of New York, it is further

ORDERED that no costs or expenses (including, but not limited to, attorneys' fees) shall be assessed with respect to the removal of this action to this Court and remand to the Supreme Court of the State of New York, County of New York.

.

The Clerk of Court is directed to CLOSE the case.

_____
Hon. Jessica G. L. Clarke, U.S.D.J.

SO ORDERED.